ALCON, INC. and Alcon Research, Ltd., Plaintiffs–Appellees,

v.

TEVA PHARMACEUTICALS USA, INC., Defendant–Appellant.

No. 2010–1097.

United States Court of Appeals, Federal Circuit.

July 22, 2013.

Frederick L. Cottrell III, Richards, Layton & Finger, PA, Wilmington, DE, for Plaintiffs–Appellees.

Richard D. Kirk, Bayard, P.A., Wilmington, DE, for Defendant–Appellant.

**ORDER**

Upon review of the parties' responses to this court's June 10, 2013 order,

IT IS ORDERED THAT:

(1) The appeal is reactivated.

(2) The appellant's opening brief is due within 60 days of the date of this order.